UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HOLLY GROSSENBACHER,** individually and on behalf of all others similarly situated, | **CIVIL ACTION NO. 2:24-cv-00663** |
| | **JUDGE GREG G. GUIDRY** |
| **Plaintiff,** | **MAGISTRATE JUDGE MICHAEL B. NORTH** |
| **VERSUS** | |
| **L'OREAL USA, INC.** | |
| **Defendant.** | |

**CONSENT MOTION FOR CONTINUANCE OF RESPONSE DEADLINE UNTIL 30 DAYS AFTER A DECISION REGARDING TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

NOW INTO COURT, through undersigned counsel, comes Defendant L'Oréal USA, Inc. ("L'Oréal"), and in support of its Consent Motion For Continuance Of Response Deadline Until 30 Days After A Decision Regarding Transfer And Consolidation By The Judicial Panel On Multidistrict Litigation, respectfully states:

1. On March 15, 2024, Holly Grossenbacher ("Plaintiff") filed a Class Action Complaint pursuing claims of fraud, negligent misrepresentation, unjust enrichment, and redhibition arising from L'Oréal's alleged manufacturing, distribution, advertising, marketing, and sale of products containing benzoyl peroxide ("BPO"). (R. Doc. 1, "CAC"). Plaintiff seeks to represent a class consisting of "[a]ll persons who purchased the BPO Products in the State of Louisiana for personal or household use within the applicable limitations period." (*Id.* ¶ 91).

2. Plaintiff's action is one of 30 related actions recently filed and currently pending in federal courts across the country. *See In Re: Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, MDL No. 3120, R. Doc. 1-2 (identifying this action as one of 30 related actions).

1

3. Plaintiff requested summons of this action on March 18, 2024, (Doc. 3), and L'Oréal was served a copy of the CAC on April 17, 2024. Proof of service does not yet appear in the record.

4. By order dated May 3, 2024, the Court granted L'Oréal's original request to extend the responsive pleading deadline by 21 days, pursuant to Local Civil Rule 7.8. L'Oréal's current deadline to respond to the CAC is May 29, 2024.

5. Local Civil Rule 7.8 permits further extensions of the responsive pleading deadline "upon motion and order of the court for good cause shown."

6. L'Oréal respectfully submits that good cause is warranted for an additional extension of time, because the relief requested is commensurate to the extensive allegations set forth in the CAC and the complexity of the issues raised in the CAC, and because L'Oréal is currently facing similar lawsuits in other jurisdictions, which ultimately may require a coordinated cross-jurisdictional response.

7. Further, in the two weeks since the Court granted L'Oréal's original request for an extension, counsel for Plaintiff and counsel for L'Oréal have worked cooperatively to determine the appropriate procedural mechanism for consolidating and coordinating the various related actions against L'Oréal. Most recently, on May 22, 2024, Plaintiffs' counsel in certain related actions filed a multi-district litigation (MDL) petition with the U.S. Judicial Panel on Multidistrict Litigation (JPML), styled *In re: Benzoyl Peroxide "BPO" Marketing and Sales Practices Litigation*, MDL No. 3120, seeking consolidation for coordinated proceedings of 30 related actions (including this one) in the United States District Court for the Northern District of California, or, alternatively, in the United States District Court for the Central District of California, or, alternatively, in the United States District Court for the Eastern District of California. This action

is among the 30 related actions for which consolidation and coordination is requested. A briefing schedule is set on Plaintiffs' motion for transfer and consolidation, which currently closes on June 21, 2024. The extension requested herein will allow for processing of the proposed MDL, and the subsequent decision on consolidation of the various related actions subject to such MDL proceedings.

8. Courts routinely grant motions to continue or stay deadlines pending a ruling from the JPML on whether to consolidate cases. *See Balcombe-Anderson v. Tevas Pharms. USA, Inc.*, No. 1:20-CV-1020-RP, 2020 WL 8642150, at *2 (W.D. Tex. Nov. 22, 2020) ("Staying case[] deadlines pending resolution a motion to transfer before a JPML is common among district courts in this Circuit."); *Aikins v. Microsoft Corp.*, No. CIV.A.00-0242, 2000 WL 310391 (E.D. La. Mar. 24, 2000) (granting opposed motion to stay litigation pending JPML ruling).

9. Undersigned counsel certifies that the relief requested herein is requested in good faith and is not intended to cause undue delay or gain unfair advantage, and that Plaintiff consents to a continuance of the responsive pleading deadline until 30 days after a decision regarding transfer and consolidation by the Judicial Panel on Multidistrict Litigation.

10. Consistent with Local Civil Rule 7.3, L'Oréal attaches hereto a proposed order granting the relief it seeks.

WHEREFORE, based on the foregoing, Defendant L'Oréal USA, Inc. respectfully requests that its responsive pleading deadline be continued until 30 days after a decision regarding transfer and consolidation by the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,
**PHELPS DUNBAR LLP**


BY:  /s/ Jesse C. Stewart
     Ashley Heilprin, T.A. (Bar #34928)

                                  Jesse C. Stewart (Bar #36282)
                                  Canal Place | 365 Canal Street, Suite 2000
                                  New Orleans, Louisiana 70130
                                  Telephone: 504 566 1311
                                  Facsimile: 504 568 9130
                                  Email: ashley.heilprin@phelps.com
                                  Email: jesse.stewart@phelps.com

**ATTORNEYS FOR DEFENDANT L'ORÉAL USA, INC.**

### LOCAL CIVIL RULE 7.3 CERTIFICATION

Pursuant to Local Civil Rule 7.3, undersigned counsel certifies that the relief requested herein is requested in good faith and not intended to cause undue delay or gain unfair advantage, and that counsel for Defendant L'Oréal USA, Inc. has conferred with counsel for Plaintiff, who stated via email dated May 24, 2024 that Plaintiff does not object to responsive pleading deadline set for 30 days after a decision regarding transfer and consolidation by the Judicial Panel on Multidistrict Litigation.

                                  */s/ Jesse C. Stewart*
                                  Jesse C. Stewart